UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        *Plaintiff,*

  -against-

SMITH STREET BAGEL INC. and 323 SMITH STREET, LLC,

        *Defendants.*

23-CV-7901 (ARR) (CLP)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

**OPINION & ORDER**

ROSS, United States District Judge:

    This Court has received the Report and Recommendation on the instant case dated July 3, 2025, from the Honorable Cheryl L. Pollack, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Accordingly, plaintiff's motion for default judgment is granted in part and denied it in part. An injunction is issued, pursuant to the ADA, ordering defendants to submit a

compliance plan to remedy the violations described in the Complaint within 60 days of this order. After the plan is submitted, plaintiff shall have 30 days to consent or seek further relief from the Court.  Once a version plan is approved, either by consent or order, defendant shall make the necessary alterations within 60 days. Plaintiff is awarded a total $1,000 in compensatory damages under the NYSHRL and NYCHRL. I reserve ruling on attorney's fees and costs to ensure that plaintiff's counsel has sufficient time to make efforts to enforce the injunction.  Plaintiff shall have six months from the date of this order to file a motion for attorney's fees and costs as provided under the ADA.

SO ORDERED.

                                                                    /s/ ARR  
                                                                    Allyne R. Ross  
                                                                    United States District Judge

Dated:       August 14, 2025  
                 Brooklyn, New York